■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VANESSA ALLUMS, Appellant. [598 NYS2d 737] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.) rendered July 16, 1991, convicting her of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence produced by the People establishes beyond a reasonable doubt that the defendant attacked the victim with a golf club. As the victim sought to ward off this attack, she was stabbed in the back by the defendant's knife-wielding codefendant, Lorraine Brown *(see, People v Brown,* 193 AD2d 691 [decided herewith]). The defendant then produced a knife herself and stabbed the victim in the side, producing the most serious of the victim's several injuries. A third codefendant, Lucy Allums, then appeared "out of no where" and also stabbed the victim in the back *(see, People v Allums,* 193 AD2d 687 [decided herewith]). The codefendant Lucy Allums then removed the knife from the victim's back and attempted to stab the victim yet again. The victim was rescued by a bystander, who ushered her into a taxi, which took her to a hospital.

Contrary to the defendant's principal argument, the verdict pronounced by the jury was neither inconsistent nor repugnant *(see,* CPL 310.40, 310.80; *Matter of Oliver v Justices of N. Y. Sup. Ct.,* 44 AD2d 823). An alleged inconsistency in the verdict sheet, which had no counterpart in the jury's actual verdict as recorded by the court, does not, in our view, furnish a basis for reversal.

We have examined the defendant's remaining contention, and find it to be without merit. Bracken, J. P., Lawrence, Eiber and Pizzuto, JJ., concur.